# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | |
|---|---|
| **Adversary Title :** Carello v. Stern et al | **Case No :** 15–29890 – D – 7<br>**Adv No :** 16–02088 – D<br>**Date :** 06/29/2016<br>**Time :** 10:00 |
| **Matter :** [13] – Motion/Application for Right to Attach Order and Order for Issuance of Writ of Attachment [DNL–2] Filed by Plaintiff Sheri L. Carello (dpas) | |
| **Judge :** Robert S. Bardwil<br>**Department :** D | **Courtroom Deputy :** Nancy Williams<br>**Reporter :** Diamond Reporters |

**APPEARANCES for :**
**Movant(s) :**
    Trustee – Sheri L. Carello
    Plaintiff's Attorney – J. Russell Cunningham
**Respondent(s) :**
    Creditor's Attorney – Iain MacDonald, Mark Sharf


MOTION was :
Granted


ORDER TO BE PREPARED BY :    J. Russell Cunningham
ORDER TO BE APPROVED BY :    Atty MacDonald