3
J. RUSSELL CUNNINGHAM, SBN 130578
J. LUKE HENDRIX, SBN 271424
GABRIEL P. HERRERA, SBN 287093
NABEEL M. ZUBERI, SBN 294600
DESMOND, NOLAN, LIVAICH & CUNNINGHAM
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for Sheri L. Carello
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>GRAIL SEMICONDUCTOR, a California corporation,<br><br>Debtor. | Case No.: 15-29890-D-7<br>Chapter 7 |
| Sheri L. Carello, in her capacity as Trustee for the Bankruptcy Estate of Grail Semiconductor, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD STERN, BILLION HOPE INTERNATIONAL LIMITED, MOM OS, LLC, FRANK BAUDER, THE HONGKONG AND SHANGHAI BANKING CORPORATION LTD.,<br><br>Defendants. | Adversary No. 16-02088<br><br>DNL-2<br><br>Date: June 29, 2016<br>Time: 10:00 a.m.<br>Place: 501 I Street, 6th Floor<br>Courtroom 34<br>Sacramento, CA 95814 |

1

RECEIVED
June 29, 2016
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005829750

# RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT

The application of plaintiff SHERI L. CARELLO ("Trustee"), in her capacity as the Chapter 7 trustee for the bankruptcy estate of GRAIL SEMICONDUCTOR, a California corporation, for a right to attach order and order for issuance of writ of attachment came on for hearing at the above-captioned date, time, and place. Appearances were noted on the record. Upon consideration of the evidence and authorities presented, and good cause appearing therefor,

**IT IS ORDERED** that:

1. The application is granted.

2. The Trustee has a right to attach any interest of DONALD STERN ("Donald") and BILLION HOPE INTERNATIONAL LIMITED ("BHI") in the $2,749,981.60 USD wired funds received by THE HONGKONG AND SHANGHAI BANKING CORPORATION LTD. from NIRO HALLER NIRO LTD. (Ref: HK114105Q4Q8LWQO) and posted to the account of BILLION HOPE INTERNATIONAL LIMITED that is the subject of the March 30, 2016 email message from commercialbanking@hsbc.com.hk to bradawc@cs.com (Subject: HK1160329-000358 GSC PIV RFI (KMM12034590V33164L0KM)) ("Wired Funds").

3. The clerk shall issue a writ of attachment in the amount of $2,749,981.60 USD against the Wired Funds.

///

///

///

///

///

4. The Trustee is excused from posting the undertaking described in California Code of Civil Procedure Section 489.210, pursuant to Federal Rule of Bankruptcy Procedure 7065.

Dated: June 30, 2016

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court

Approved as to Form

MACDONALD FERNANDEZ LLP

_____
IAIN A. MACDONALD
Attorneys for Donald Stern, Defendant

3